# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-3223

———————————————

Bobby Earl Jefferson, Jr.

*Plaintiff - Appellant*

v.

Tom Roy; Chris Pawelk; Roy Witte; John R. King; Bruce Reiser; Jeff Lonsky; Steven Hammer; Carol Krippner; Reena Solheid; Alice Remillard; Anthony Forchas; Arthur Dana Dickson

*Defendants - Appellees*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: August 4, 2020
Filed: August 14, 2020
[Unpublished]

————————

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

————————

PER CURIAM.

In this 42 U.S.C. § 1983 action, Minnesota inmate Bobby Jefferson appeals the district court's[1] adverse grant of summary judgment based on his failure to exhaust administrative remedies. Having carefully reviewed the record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Odom v. Kaizer*, 864 F.3d 920, 921 (8th Cir. 2017) (reviewing de novo grant of summary judgment); *see also King v. Iowa Dep't of Corr.*, 598 F.3d 1051, 1052 (8th Cir. 2010) (reviewing de novo dismissal for failure to exhaust administrative remedies); *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003) (noting an inmate must exhaust administrative remedies before filing suit). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota, now deceased.